**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re<br><br>NANCY L. BOYER,<br>    Debtor. | Chapter 13<br><br>Case No. 13-41263-HJB |
| NANCY L. BOYER,<br>    Plaintiff.<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, TRUSTEE<br> FOR CREDIT SUISSSE FIRST BOSTON CSFB<br> 2004-AR3 TRUST,<br>MORTGAGE ELECTRONIC REGISTRATION<br> SYSTEMS, INC., and<br>MORTGAGE NETWORK INC.,<br><br>    Defendants. | Adversary Proceeding No. 13-04056 |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**NOTICES PURSUANT TO BANKRUPTCY RULE 2002**

TO THE CLERK OF THE COURT AND ALL PARTIES:

  PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 2002, Gregory N. Blase, and the law firm of K&L Gates LLP, hereby enter an appearance on behalf of Mortgage Electronic Registration Systems, Inc. and U.S. Bank National Association, as Trustee for Credit Suisse First Boston CSFB 2004-AR3 Trust. K&L Gates LLP, requests that notice of all papers, including but not limited to orders, reports, pleadings, motions, applications or petitions, requests, disclosure statements, answer and reply papers, and notice of all hearings or other proceedings, whether transmittal by mail, hand-delivery, telephone, telegraph, telex or otherwise, relating to any issue which may be raised in the above-captioned case be sent to:

Gregory N. Blase, Esq.
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Ph: (617) 951-9059
Fax: (617) 261-3175
E-mail: gregory.blase@klgates.com

Dated: August 9, 2013

        Respectfully submitted,

        Mortgage Electronic Registration Systems, Inc.

        and

        U.S. Bank, N.A., Trustee for Credit Suisse First Boston CSFB 2004 AR3 Trust

        By Its Attorneys,

        */s/ Gregory N. Blase*
        Gregory N. Blase (BBO #662751)
        K&L Gates LLP
        State Street Financial Center
        One Lincoln Street
        Boston, MA 02111
        Telephone:  (617) 951-9059
        Facsimile:  (617) 261-3175
        gregory.blase@klgates.com