**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

| | |
|---|---|
| In re<br><br>NANCY L. BOYER,<br>    Debtor. | Chapter 13<br><br>Case No. 13-41263-HJB |
| NANCY L. BOYER,<br>    Plaintiff.<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, TRUSTEE<br> FOR CREDIT SUISSSE FIRST BOSTON CSFB<br> 2004-AR3 TRUST,<br>MORTGAGE ELECTRONIC REGISTRATION<br> SYSTEMS, INC., and<br>MORTGAGE NETWORK INC.,<br><br>    Defendants. | Adversary Proceeding No. 13-04056 |

**MOTION FOR EMERGENCY DETERMINATION OF UNOPPOSED
MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION AND CONSOLIDATE WITH HEARING ON
DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S ADVERSARY PROCEEDING**

Pursuant to Local Rule 9013-1(g) of the United States Bankruptcy Court for the District of Massachusetts, defendants U.S. Bank, N.A., as Trustee for Credit Suisse First Boston CSFB 2004-AR3 ("US Bank, as Trustee") and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively, the "defendants"), through counsel, hereby request emergency determination of the unopposed motion to continue hearing on plaintiff's motion for preliminary injunction and consolidate with the hearing on defendants' motion to dismiss plaintiff's adversary proceeding ("Unopposed Motion to Continue and Consolidate") (Docket No. 15). In support of this emergency motion, defendants state as follows:

- 2 -

1. The hearing on plaintiff's motion for preliminary injunction is currently scheduled for next Tuesday, August 20, 2013. The hearing on the motion for relief from stay pending in the underlying bankruptcy proceeding is also set for that time.

2. On August 9, 2013, defendants filed; (a) a motion to dismiss plaintiff's adversary complaint. [Docket Nos. 11-13]; and (b) the Unopposed Motion to Continue and Consolidate. [Docket No. 15].

3. The parties in the underlying bankruptcy have also filed a motion to continue and consolidate the hearing on the motion for relief from stay with the pending motions in the adversary proceeding. Defendants in this adversary proceeding do not object to that motion.

4. As set forth in the motion to continue, counsel for defendants have a previously-scheduled conflict on August 20, 2013. Moreover, the interests of judicial economy and preservation of the parties' resources will be best served if the hearings on the motion for preliminary injunction and motion to dismiss are continued and consolidated because, among other reasons, both motions address overlapping issues, including the fact that plaintiff's claims are unlikely to succeed on the merits, and should be dismissed under the <u>Rooker-Feldman</u> doctrine and the doctrine of res judicata.

5. On August 15, 2013, the Court set a hearing on the motion to dismiss for September 24, 2013, but it did not consolidate the hearings on the other motions on that date, and it did not act on the Unopposed Motion to Continue and Consolidate.

6. Defendants do not object to September 24, 2013 as the date for consolidated hearings on the motion to dismiss, motion for preliminary injunction, and motion for relief from stay.

7. Emergency determination of the Unopposed Motion to Continue and Consolidate

is warranted in light of the fact that the hearing on the motion for preliminary injunction (which counsel for defendants is unable to attend) is set for next Tuesday, August 20, 2013.

8.   No party will be prejudiced by emergency determination of the Unopposed Motion to Continue, as plaintiff does not oppose continuance of the August 20, 2013 hearing and consolidation of the hearing on the motions pending in this adversary proceeding with the hearing on the motion for relief from stay.

WHEREFORE, defendants request that the Court: (1) grant emergency consideration and determination of the Unopposed Motion to Continue (Docket No. 15); (2) continue the August 20, 2013 hearing; (3) consolidate the hearings on the motion to dismiss, motion for preliminary injunction, and motion for relief from stay on the same date and (4) grant such further and other relief as the Court deems just and necessary.

Respectfully submitted,

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and U.S. BANK, N.A., TRUSTEE FOR CREDIT SUISSE FIRST BOSTON CSFB 2004 AR3 TRUST

By their Attorneys,

*/s/ Alison M. Kinchla*
Gregory N. Blase (BBO# 662751)
    gregory.blase@klgates.com
Alison M. Kinchla (BBO# 676379)
    alison.kinchla@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
617-261-3100 (phone)
617-261-3175 (fax)

Dated: August 15, 2013