# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Boyer v. U.S. Bank, N.A., as Trustee for Credit Suisse Firs          Case Number: 13-04056          Ch:

**MOVANT/APPLICANT/PARTIES:**

#11 Motion of Defendants to Dimsiss Adversary Proceeding

**OUTCOME:**

- ___ Granted  ___ Denied  ___ Approved  ___ Sustained
- ___ Denied  ___ Denied without prejudice  ___ Withdrawn in open court  ___ Overruled
- ___ OSC enforced/released
- ___ Continued to:_____ For:_____
- ___ Formal order/stipulation to be submitted by:_____ Date due:_____
- ___ Findings and conclusions dictated at close of hearing incorporated by reference
- ___ Taken under advise ment: Brief(s) due_____ From_____
                                Response(s) due_____ From_____
- ___ Fees allowed in the amount of: $_____ Expenses of: $_____
- ___ No appearance/response by:_____
- ✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

GRANTED.

IT IS SO NOTED:                              IT IS SO ORDERED:

_____                        _____ Dated: 09/24/2013
Courtroom Deputy